IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____05-CV-1487_____

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 5 - 2005

GREGORY C. LANGHAM
CLERK

TRACI THOMAS,

      Plaintiff,

v.

COMMUNITY COLLEGE OF DENVER,
ANTHONY HERMOSILLO,
FRANCES ROBLES, and
CYNTHIA JEFFERSON,

      Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Title VII Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete

(6)   X    affidavit is not notarized or is not properly notarized
(7)   ___  names in caption do not match names in caption of complaint, petition or application
(8)   ___  An original and a copy have not been received by the court. Only an original has been received.
(9)   ___  other _____

**Complaint or Petition:**
(10)   ___  is not submitted
(11)   ___  is not on proper form (must use the court's current form)
(12)   ___  is missing an original signature by the Plaintiff
(13)   X    is incomplete (<u>pages 3-5 of the complaint are not submitted</u>.)
(14)   ___  uses et al. instead of listing all parties in caption
(15)   ___  An original and a copy have not been received by the court. Only an original has been received.
(16)   ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   ___  names in caption do not match names in text
(18)   ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Title VII Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 5th day of August, 2005.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **05-CV-1487**

Traci Thomas
325 Apache Pl.
Lochbuie, CO 80603

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint** to the above-named individuals on ___8-5-05___

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk