IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 30 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01487-PSF-CBS

TRACI THOMAS,

    Plaintiff,

v.

COMMUNITY COLLEGE OF DENVER,
ANTHONY HERMOSILLO,
FRANCES ROBLES, and
CYNTHIA JEFFERSON,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to

Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: September 26, 2005

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01487-PSF-CBS

Traci Thomas
325 Apache Pl.
Lochbuie, CO 80603

US Marshal Service
Service Clerk
Service forms for: Community College of Denver, Anthony Hermosillo, Frances Robles, and Cynthia Jefferson,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Community College of Denver, Anthony Hermosillo, Frances Robles, and Cynthia Jefferson: AMENDED TITLE VII COMPLAINT FILED ON 08/16/05, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 9·30·05.

                                              GREGORY C. LANGHAM, CLERK

                                              By: _____
                                                       Deputy Clerk