IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01487-PSF-CBS

TRACI THOMAS,

    Plaintiff,

v.

COMMUNITY COLLEGE OF DENVER;
ANTHONY HERMOSILLO;
FRANCES ROBLES; and
CYNTHIA JEFFERSON,

    Defendants.

---

## ORDER DISMISSING CASE

---

This matter is before the Court on defendant's Motion to Dismiss (Dkt. # 16) and plaintiff's response thereto filed January 26, 2006 (Dkt. # 24).  The Motion to Dismiss requests that the plaintiff's complaint be dismissed "in its entirety" (Defendant's Motion at ¶ 4).  Plaintiff, appearing *pro se*, states in her response: "I am going to accept the Motion to Dismiss." (Plaintiff's Response at 1).  The Court understands this statement to be a confession of the motion to dismiss, and accordingly the defendant's motion is GRANTED and plaintiff's complaint is DISMISSED with prejudice.

DATED: January 30, 2006

                                                BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge